```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) |
| **COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-2587-JPM-dkv |
| | ) |
| **AUTOZONE, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

_____

**JUDGMENT**
_____

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury, the issues having been tried, and a jury verdict having been duly rendered in favor of Defendant AutoZone on March 27, 2009,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that in accordance with the jury verdict in favor of Defendant, this case is DISMISSED WITH PREJUDICE.


APPROVED:


s/ JON PHIPPS McCALLA
_____
UNITED STATES DISTRICT COURT


March 27, 2009
_____
Date